# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN STIDWELL, ADAM BROWN, LORI MATA, and MARIA MATA, individually, and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No.: 1:19-cv-00770 |
| KRONOS, INC. and NFI INDUSTRIES, INC. ) ) | Judge John Robert Blakey |
| Defendant. ) | |

## MOTION TO DISMISS DEFENDANT NFI INDUSTRIES, INC. FROM PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT

Defendant NFI Industries, Inc., by and through its attorneys, move this Court for an order dismissing NFI as a defendant from this lawsuit, and in support thereof, state as follows:

1. John Stidwell, Adam Brown, Lori Mata, and Maria Mata's (collectively "Plaintiffs'") Second Amended Complaint ("SAC") contains three causes of action alleging violations of the Illinois Biometric Information Privacy Act ("BIPA"), 740 ILCS 14/1 *et seq.*, against NFI Industries, Inc. ("NFI") and Kronos, Inc.

2. The SAC fails to state a claim against NFI upon which relief can be granted.

3. First, the one-year statute of limitations for privacy claims bars all Plaintiffs' claims against NFI because each Plaintiff alleges that his or her "fingerprint" was collected and disclosed at their "time of hire" by NFI, and every Plaintiff alleges he or she was "hired" by NFI more th an one year ago. *See* 735 ILCS 5/13-201.

4. Moreover, even if the Court concluded that the two-year statute of limitations applicable to personal injury and statutory penalties claims applies instead, three of Plaintiffs' claims are still time-barred. *See* 735 ILCS 5/13-202.

US.122610209.01

5.     Finally, Plaintiffs' First Cause of Action for failure to institute a retention schedule for biometric information fails as a matter of law because NFI has undisputedly complied with the retention schedule requirements set forth in BIPA, Section 15(a).

WHEREFORE, for the reasons set forth herein and in NFI's Memorandum of Law in Support of its Motion, filed contemporaneously herewith, NFI respectfully requests the Court dismiss NFI from the lawsuit with prejudice.

Dated: April 2, 2019                                          FAEGRE BAKER DANIELS LLP

s/ *Gregory P. Abrams*
George A. Stohner, #6315938
 george.stohner@faegrebd.com
Gregory P. Abrams, #6280767
 gregory.abrams@faegrebd.com
311 S. Wacker Drive, Suite 4300
Chicago, Illinois  60606
Telephone: (312) 212-6500
Facsimile: (312) 212-6501

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby states that on **April 2, 2019** he filed the foregoing document using the CM/ECF Filing System, which will send an email notification to the attorneys listed below.

James B. Zouras
Ryan F. Stephan
Andrew C. Ficzko
Haley R. Jenkins
STEPHAN ZOURAS, LLP
100 N. Riverside Plaza Suite 2150
Chicago, Illinois 60606
rstephan@stephanzouras.com
jzouras@stephanzouras.com
aficzko@stephanzouras.com
hjenkins@stephanzouras.com

David J. Fish
The Fish Law Firm, P.C.
200 E. 5th Ave., Suite 123
Naperville, IL 60563
dfish@fishlawfirm.com

Melissa A. Siebert
Erin B. Hines
Ian M. Hansen
Shook, Hardy & Bacon LLP
111 South Wacker Drive
51st Floor
Chicago, IL 60606
masiebert@shb.com
ehines@shb.com
ihansen@shb.com

s/ *Gregory P. Abrams*

3