# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHN STIDWELL, ADAM BROWN, LORI MATA, and MARIA MATA, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KRONOS, INC., AND NFI INDUSTRIES, INC.<br><br>Defendants. | No. 1:19-cv-00770<br><br>Judge John Robert Blakey |

## DEFENDANT KRONOS INCORPORATED'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Kronos Incorporated ("Kronos") hereby moves to dismiss Plaintiffs' Second Amended Class Action Complaint for failure to state a claim. In support hereof, Kronos is contemporaneously filing a supporting Memorandum of Law.

WHEREFORE, Kronos Incorporated respectfully requests that the Court grant this motion and enter an order dismissing the Second Amended Class Action Complaint with prejudice and granting such other relief as the Court deems appropriate.

Dated: April 2, 2019

Respectfully submitted,

By: */s/ Melissa A. Siebert*

Melissa A. Siebert (*masiebert@shb.com*)
Ian M. Hansen (*ihansen@shb.com*)
**SHOOK HARDY & BACON LLP**
111 South Wacker Drive
Chicago, Illinois 60606-4300
Telephone: (312) 704-7700
Facsimile: (312) 558-1195

*Attorneys for Defendant Kronos Incorporated*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on April 2, 2019 she caused a true and correct copy of the foregoing **Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint** to be filed electronically. Notice of this filing will be sent to all parties registered on this Court's ECF system by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Melissa A. Siebert*